**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHANIEL DWAYNE CAETANO,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Respondents. | No.  1:23-cv-01648-JLT-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 6)<br><br>ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

Nathaniel Dwayne Caetano is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of mandamus pursuant to 28 U.S.C. § 1361.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The assigned Magistrate Judge issued Findings and Recommendations, which concluded that the petition should be dismissed.  (Doc. 6.)  The Court served the Findings and Recommendations on all parties and notified them that any objections thereto were to be filed within 21 days after service.  No party filed objections.

According to 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1

1. The Findings and Recommendations issued on December 1, 2023, (Doc. 6), are **ADOPTED IN FULL**.
2. The petition for writ of mandamus is **DISMISSED WITH PREJUDICE**.
3. The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **January 8, 2024**

UNITED STATES DISTRICT JUDGE